Decided April 14, 1994

### NANCY BURTON *v.* PLANNING COMMISSION OF THE TOWN OF REDDING ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 33 Conn. App. 928 (AC 12306), is denied.

*Nancy Burton,* pro se, in support of the petition.

*Michael N. LaVelle,* in opposition.

Decided April 14, 1994